```
 1  TIMOTHY J. YOO, (State Bar No. 155531)
    1888 Century Park East
 2  Suite #1500
    Los Angeles, CA  90067
 3  (310) 277-7400

 4  Chapter 7 Trustee

 5

 6

 7                  UNITED STATES BANKRUPTCY COURT
                    CENTRAL DISTRICT OF CALIFORNIA
 8                      LOS ANGELES DIVISION

 9

10

11  In re                        Bk. No. 2:08-19025-ER

12  IDENTITY PLAY INC.,           Chapter 7

13          Debtor.               NOTIFICATION OF ASSET CASE

14                                [No Hearing Required]

15

16  TO: JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT

17      Timothy J. Yoo, the duly appointed, and acting Chapter 7

18  Trustee in the above-entitled bankruptcy proceedings, hereby

19  notifies the Clerk of the United States Bankruptcy Court that

20  assets will be administered in the above-entitled proceedings

21  and appropriate notice should be given to creditors to file

22  claims.

23

24  DATED: March 17, 2009                    _____
25                                           TIMOTHY J. YOO
                                             Trustee in Bankruptcy
26

27

28
```

| In re: IDENTITY PLAY, INC. | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:08-19025-ER |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, Suite 1500, Los Angeles, CA 90012

The foregoing document described **NOTIFICATION OF ASSET CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 30, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the U.S. Trustee   ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest M Robles, U.S. Bankruptcy Court, 255 E Temple Street, Room 1560, Los Angeles, CA 90012
(via u.s. mail)

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2009 | Linda Riess | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

{CZT/00191710.DOC/POS/00005.000}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1